**Donna HILL, Appellant**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

Nov. 20, 2013.

### ORDER

PER CURIAM.

AND NOW, this 20th day of November, 2013, the order of the Commonwealth Court is hereby **AFFIRMED.**